**Order filed January 29, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00732-CV**
_____

**MARIA MARILYN ALMONTE, Appellant**

**V.**

**NOB HILL LLC, D/B/A NOB HILL, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1111521**

## ORDER

On September 18, 2018, appellant filed a brief that does not comply with the Texas Rules of Appellate Procedure. The brief fails to comply with rule 38.1(a) because the brief does not give a complete list of all the parties to the trial court's judgment or order appealed from. _See_ Tex. R. App. P. 38.1(a). The brief fails to comply with rule 38.1(h) because the brief does not contain a succinct, clear, and accurate statement of the arguments made in the body of the brief. _See_ Tex. R. App. P. 38.1(h). The brief fails to comply with rule 38.1(i) because the brief must

contain, under an appropriate heading, a clear and concise argument for the contentions made with appropriate citations to authorities and to the record. *See* Tex. R. App. P. 38.1(i). The brief fails to comply with rule 38.1(j) because it does not contain a short conclusion that clearly states the nature of relief sought. *See* Tex. R. App. P. 38.1(j).

Accordingly, we **STRIKE** appellant's brief. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure by **February 12, 2019**.

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). If appellant fails to timely file a brief in accordance with Rule 38, the appeal may be dismissed for want of prosecution or the trial court's judgment affirmed based on appellee's brief. *See* Tex. R. App. P. 38.8(a)(1), (3).

PER CURIAM